In The 



Court of Appeals



Ninth District of Texas at Beaumont


________________



NO. 09-09-00341-CR


 _____________________



JOHN M. WEATHERLY, Appellant



V.



THE STATE OF TEXAS
, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 09-06232






MEMORANDUM OPINION


 On June 1, 2009, the trial court sentenced John M. Weatherly on a conviction for
assault on a family member. Weatherly filed a notice of appeal on July 28, 2009. The trial
court entered a certification of the defendant's right to appeal in which the court certified that
this is a plea-bargain case and the defendant has no right of appeal. See Tex. R. App. P.
25.2(a)(2). The district clerk has provided the trial court's certification to the Court of
Appeals. On July 30, 2009, we notified the parties that we would dismiss the appeal. The
appellant filed a response but failed to establish that the trial court's certification should be
amended. Because the certification does not show the defendant has the right of appeal, we
must dismiss the appeal. See Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

 APPEAL DISMISSED. 

 

 DAVID GAULTNEY

 Justice


Opinion Delivered August 26, 2009

Do Not Publish


Before McKeithen, C.J., Gaultney and Horton, JJ.